Same case below, 607 F.3d 1123.

No. 10-7705. Stephen Michael West, Petitioner v. Ricky Bell, Warden.

562 U.S. 1159, 131 S. Ct. 961, 178 L. Ed. 2d 792, 2011 U.S. LEXIS 156.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 402 Fed. Appx. 77.

No. 10-7707. David Solomon King, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 961, 178 L. Ed. 2d 792, 2011 U.S. LEXIS 165.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-7709. Humberto Carrazana, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 961, 178 L. Ed. 2d 792, 2011 U.S. LEXIS 415.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 570.

No. 10-7713. Roy Keith Lucas, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 961, 178 L. Ed. 2d 792, 2011 U.S. LEXIS 522,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 305.

No. 10-7714. Rod Schultz, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 961, 178 L. Ed. 2d 792, 2011 U.S. LEXIS 267.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 385 Fed. Appx. 842.

No. 10-7716. Glenn R. Dean, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 962, 178 L. Ed. 2d 792, 2011 U.S. LEXIS 401.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 393 Fed. Appx. 265.

No. 10-7720. Felipe Padilla, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 962, 178 L. Ed. 2d 792, 2011 U.S. LEXIS 525.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 618 F.3d 643.

No. 10-7725. Timothy Williams, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 962, 178 L. Ed. 2d 792, 2011 U.S. LEXIS 422.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.